UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAJINDER SINGH,<br><br>Defendant. | CASE NO. CR03-0111-JCC<br><br>ORDER<br><br>**FILED EX PARTE** |

This matter comes before the Court on the Government's *ex parte* motion to unseal for a limited purpose Tajinder Singh's Presentence Report ("Singh PSR"), prepared in the above-captioned matter. Having thoroughly considered the relevant record, the Court finds good cause to GRANT the motion.

The Court ORDERS that the Singh PSR may be provided to trial counsel in *United States v. Dineshwaran Rattan, et al.*, No. CR18-0118-JFW (C.D. Ca). The Singh PSR shall remain sealed for all other purposes. The Court further ORDERS that the Singh PSR provided to defense counsel shall not be reproduced or disseminated and is designated Protected pursuant to the Protective Order in *United States v. Rattan, et al.* No. CR18-0118-JFW, Dkt. No. 30 (C.D. Ca), and all parties shall not disclose the existence or contents of the discovery listed in said Order other than as necessary for the preparation and presentation of trial and in subsequent appellate proceedings.

1

2    DATED this 21st day of May 2018.

3

4

5

                                              John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE